**Ovell Terrell, For the Use of Joe Payne, Plaintiff-Appellee, v. Multi-State Inter-Insurance Exchange, Defendant-Appellant.**

**Gen. No. 49,337.**

First District, Second Division.

November 10, 1964.

Treacy, Garbutt & Shapiro, of Chicago (George B. Collins, of counsel), for appellant; Gomberg & Missner, of Chicago (Sidney D. Missner, of counsel), for appellee. Opinion by JUSTICE BRYANT. **Not to be published in full.**